UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| John Santangelo, | : |
| Plaintiff, | : Civil Action No.: 3:10-cv-02050 |
| v. | : |
| Cavalry Portfolio Services, LLC; and DOES 1-10, inclusive, | : |
| Defendant. | : |

### STIPULATION OF DISMISSAL

WHEREAS, Plaintiff in the above-captioned action is deceased; and

WHEREAS, Administrator of Plaintiff's estate failed to respond to Plaintiff's counsel whether she will appear on Plaintiff's behalf in the above-captioned action;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Defendants Cavalry Portfolio Services, LLC with prejudice and without costs to any party.

| John Santangelo | Cavalry Portfolio Services, LLC |
|---|---|
| /s/ Sergei Lemberg | /s/ Jonathan D. Elliot |
| Sergei Lemberg, Esq. (Juris No. 425027) | Jonathan D. Elliot, Esq. (Juris No. 300032) |
| LEMBERG & ASSOCIATES | Zeldes, Needle & Cooper, P.C. |
| 1100 Summer Street, 3rd Floor | 1000 Lafayette Blvd. |
| Stamford, CT 06905 | Bridgeport, CT 06604 |
| (203) 653-2250 | (203) 333-9441 |
| Attorney for Plaintiff | Attorney for Defendant |

2

_____
**SO ORDERED**

**SO ORDERED**

## CERTIFICATE OF SERVICE

**I hereby certify that on August 19, 2011, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.**

By /s/ Sergei Lemberg
**Sergei Lemberg**